**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frank B. Robinson, | ) | No. CV-06-1924-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| The United States of America, | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion To Excuse Presence of Representative with Settlement Authority from Preliminary Pretrial Conference scheduled for March 8, 2007 at 4:00 p.m. (Dkt. 11.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion To Excuse Presence of Representative with Settlement Authority from Preliminary Pretrial Conference. (Dkt. 11.)

**IT IS FURTHER ORDERED** that the United States shall not be required to have a representative with binding settlement authority present at the Preliminary Pretrial Conference scheduled to take place on March 8, 2007 at 4:00 p.m.

DATED this 26th day of January, 2007.

Stephen M. McNamee
United States District Judge