**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank B. Robinson, | No. CV-06-1924-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| The United States of America, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion To Waive the Requirement that Plaintiff Appear at the Preliminary Pretrial Conference. (Dkt. 13.) In order to meaningful participate in this lawsuit filed on his behalf, the Court finds Plaintiff must be present at the Preliminary Pretrial Conference. Because traveling to Arizona would be a hardship on Mr. Robinson, however, he may appear by telephone at the Preliminary Pretrial Conference.

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion To Waive the Requirement that Plaintiff Appear at the Preliminary Pretrial Conference scheduled for March 8, 2007 at 4:00 p.m. (Dkt. 13.)

**IT IS FURTHER ORDERED** that Plaintiff Frank B. Robinson appear by telephone at the Preliminary Pretrial Conference. Mr. Robinson shall telephone the Court on one clear telephone line at 3:55 p.m. on March 8, 2007. (Telephone number: 602-322-7555.)

DATED this 1st day of February, 2007.

Stephen M. McNamee
United States District Judge