**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frank B. Robinson, | ) | No. CV-06-1924-PHX-SMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| The United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is the parties' Joint Motion to Continue the Rule 16 Preliminary Pretrial Conference scheduled to take place on March 8, 2007 at 4:00 p.m. (Dkt. 16.) The parties represent that they have informally agreed to conduct "specific limited discovery and prepare for and conduct a mediation" over the next six months. (Id. at 1.) Thus, they request that the Court set a new Preliminary Pretrial Conference in September 2007. For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Continue the Rule 16 Preliminary Pretrial Conference scheduled to take place on March 8, 2007 at 4:00 p.m. (Dkt. 16.)

**IT IS FURTHER ORDERED** that the Rule 16 Preliminary Pretrial Conference shall be continued from March 8, 2007 to September 12, 2007 at 4:00 p.m.

**IT IS FURTHER ORDERED** that, except with respect to the date change set forth above, counsel shall comply with each of the requirements set forth in the Court's Order Scheduling Rule 16 Conference. See Dkt. 10.

1  **IT IS FURTHER ORDERED** that the parties' Proposed Case Management Plan shall be filed no later than September 5, 2007. <u>See</u> Dkt. 10 at 3-5.

**IT IS FURTHER ORDERED** that the parties shall exchange initial disclosure statements no later than March 8, 2007.

**IT IS FURTHER ORDERED** that the parties shall conduct limited discovery and prepare for and conduct a mediation in August 2007.

**IT IS FURTHER ORDERED** that the parties shall <u>promptly</u> (within two court days of the mediation's conclusion) report the results of the mediation to the Court.

DATED this 1st day of March, 2007.

/s/ Stephen M. McNamee
Stephen M. McNamee
United States District Judge