**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frank B. Robinson, | ) | No. CIV 06-1924 -PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. 36].  After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 36] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 18th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge